Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 98 C 3555 & 98 C 5580 | DATE | 6/6/2001 |
| CASE TITLE | Smith, et al vs. NE IL Univ, et al | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Agreed motion by Plaintiffs for leave to file Rule 56.1 statement(s), joint exhibit(s) and joint memorandum of law in opposition to Defendant's motion for summary judgment is granted. Replies by 6/19/01. Original briefs are filed in 98 C 3555.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | JUN 08 2001 — date docketed |
| | Notified counsel by telephone. | docketing deputy initials |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | JUN 08 2001 — date mailed notice |
| | Copy to judge/magistrate judge. | mailing deputy initials |

Document Number: 55

RJ — courtroom deputy's initials

ED-7
FILED FOR DOCKETING
01 JUN -7 PM 12:02

Date/time received in central Clerk's Office