AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

NOV 07 2002

Randy Smith and Elbert Lee Reeves

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 98 C 3555

NE IL Univ and Gerald Leenheer

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, NE IL Univ and Gerald Leenheer and against Plaintiffs, Randy Smith and Elbert Lee Reeves. Case terminated.

Michael W. Dobbins, Clerk of Court

Date: 11/6/2002

Rhonda Johnson, Deputy Clerk